UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>LEWIS CLAYMAN,<br><br>Respondent. | Case No. CV 14-4346-WHO<br><br>[proposed] ORDER |

IT IS ORDERED THAT Respondent must comply with the Internal Revenue Summons referenced in the petition in this case no later than February 20, 2015;

IT IS FURTHER ORDERED THAT the November 19, 2014 Order to Show Cause hearing is vacated;

IT IS FURTHER ORDERED THAT the clerk shall close this case and either party may move to reopen to the case if a dispute arises regarding respondent's compliance with this order.

IT IS SO ORDERED.

DATE:  November 7, 2014

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE